Brosius, Appellant, v. McGaugh, Respondent.

1. In cases commenced since the revised code of 1855 went into effect, (May 1, 1856,) the courts are not authorized to make findings of facts; if made, they do not form part of the record, and will not be regarded by the supreme court for any purpose.

*Appeal from Daviess Circuit Court.*

*E. B. Ewing*, for appellant.

Richardson, Judge, delivered the opinion of the court.

The practice of finding the facts in cases tried without a jury has been abolished, and in a case therefore commenced since the revised statutes of 1855 took effect, the finding of the facts by the court can not be regarded for any purpose, as it has no place in the record. (Martin v. Martin's adm'r, 27 Mo. 227.) Under the code of 1849 the finding was required to state facts and not the evidence ; and it was never the office of a finding to set out the evidence, and it was never treated as a bill of exceptions containing the evidence. The record in the case calls for a bill of exceptions, but an examination of it will show that none of the evidence is preserved unless it can be inferred from the finding. The evidence then not being preserved, the instructions can not be reviewed. (State v. Vaughn, 22 Mo. 20.) The other judges concurring, the judgment will be affirmed.